

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Gertrudez Morales Lopez,                    * From the 35th District
                                              Court of Brown County,
                                              Trial Court No. CR16889.

Vs. No. 11-12-00361-CR                        * July 3, 2014

The State of Texas,                          * Per Curiam Memorandum Opinion
                                              (Panel consists of: Wright, C.J.,
                                              Willson, J., and Bailey, J.)

This court has considered Gertrudez Morales Lopez's motion to dismiss his appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.